429 A.2d 754

Commonwealth v. Shea, Appellant.

Submitted March 21, 1980. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Ronald Buckwalter, District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.

429 A.2d 754

Commonwealth v. Stroman, Appellant.

Argued April 15, 1980. John A. Knorr, for appellant; Joe K. Ruddy, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.